CURTIN, Respondent, v. BOARD OF EDUCATION, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by John J. Curtin against the Board of Education. C. McIntyre, of New York City, for appellant. J. E. O'Brien, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed.

CUTHBERT, Respondent, v. CYLINDER PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by Robina Cuthbert, as administratrix, etc., against the Cylinder Paper Company. No opinion. Judgment and order affirmed, with costs.

DALY, Respondent, v. WEISBECKER, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Katherine Daly, as administratrix, against Arthur Weisbecker. H. G. Allen, of New York City, for appellant. C. Steckler, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.

DANIEL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Benjamin Daniel against the Brooklyn Heights Railroad Company. J. W. Carpenter, of Brooklyn, for appellant. B. E. Kopelman, of New York City, for respondent. No opinion. Determination (76 Misc. Rep. 482, 135 N. Y. Supp. 698) affirmed, with costs and disbursements, on the authority of Busch v. Interborough Co., 187 N. Y. 388, 80 N. E. 197, 10 Ann. Cas. 460, and judgment absolute ordered for plaintiff on defendant's stipulation. Order filed. See, also, 136 N. Y. Supp. 1134.

DARLING, Respondent, v. GLEICHMANN, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Albert M. Darling against William Gleichmann. No opinion. Judgment and order affirmed, with costs.

DARMSTADT, Respondent, v. BALL, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912). Action by Frank Darmstadt against John Oscar Ball.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to plead over on payment of costs.

THOMAS, J., taking no part.

D'AUTILIA, Respondent, v. NEW YORK CITY DRUG MILLS, THE GREGORY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Action by Michele D'Autilia against the New York City Drug Mills, the Gregory Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re DAVIS. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of the application of James A. Davis, for admission to the bar. No opinion. Application granted.

DE LILLO, Appellant, v. W. A. UNDERHILL BRICK CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Michael De Lillo against the W. A. Underhill Brick Company. No opinion. Motion denied, on condition that the appellant file an undertaking to perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with costs.

DELLA VALLE, Respondent, v. HOLLAND LAUNDRY, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Henrietta Della Valle, by Vincenzo Vitale, her guardian ad litem, against the Holland Laundry. No opinion. Judgment and order unanimously affirmed, with costs.

DE MESQUITA, Respondent, v. HARBERT, KAUFMAN & HANDY CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Julius B. De Mesquita against the Harbert, Kaufman & Handy Company. T. More, of New York City, for appellant. M. Dammann, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DENMARK v. DRAKE et al. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Phœbe J. Denmark against Nancy Drake and others. No opinion. Judgment unanimously affirmed, with costs.

DENNIN, Respondent, v. FISH et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Hugh J. Dennin, as receiver, etc., against Frank Fish and another. No opinion. Judgment unanimously affirmed, with costs.

DEPARTMENT OF HEALTH v. SULZBERGER & SONS CO. (Supreme Court, Appellate Division First Department. December 27, 1912.) Action by the Department of Health against the Sulzberger & Sons Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 134, 137 N. Y. Supp. 998.